Michael S. O'Meara
The O'Meara Law Office, P.S.
1602 Virginia Ave
Everett, WA 98201

The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMANDA SCHICK,<br><br>             Plaintiff,<br><br>     v.<br><br>STUDENT LOAN SOLUTIONS, LLC,<br><br>Defendant. | Case No.: 2:20-cv-01529-BJR<br><br>CORPORATE DISCLOSURE STATEMENT OF STUDENT LOAN SOLUTIONS, LLC. |

TO:      THE CLERK OF THE COURT;
AND TO: T. TYLER SANTIAGO, ESQ.,
AND TO: CHRISTINA HENRY, ESQ.

YOU AND EACH OF YOU are hereby notified that the undersigned Defendant, Student Loan Solutions, LLC, in the above-entitled action is not a subsidiary of a publicly held company that owns ten percent or more of Defendant's stock.

Dated this 19th day of October, 2020

/s/ Michael O'Meara
Michael S. O'Meara WSBA #41502

CORPORATE DISCLOSURE STATEMENT - 1

THE O'MEARA LAW OFFICE
1602 VIRGINIA AVE
EVERETT, WA 98201
MICHAEL@OMEARALAWOFFICE.COM