The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

AMANDA SCHICK,

                Plaintiff,

  vs.

STUDENT LOAN SOLUTIONS, LLC,

                Defendant.

NO.  2:20-cv-01529-BJR

**PRAECIPE TO ATTACH DOCUMENT**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

You will please:

Attach the signature page, included with this Praecipe to Attach Document, to the Declaration of Amanda Schick, filed on March 11, 2021 as Dkt. #19-1.  Plaintiff inadvertently failed to include the date and place of signing in the original filing.  No other changes were made to the declaration or its exhibits.

//

PRAECIPE TO ATTACH DOCUMENT - 1
2:20-CV-01529-BJR

ANDERSON | SANTIAGO
787 MAYNARD AVE S
SEATTLE WA 98104
(206) 395-2665/F (206) 395-2719

1   Dated this 15th day of March, 2021.

**ANDERSON SANTIAGO, PLLC**
By: /s/ T. Tyler Santiago
Jason D. Anderson, WSBA No. 38014
T. Tyler Santiago, WSBA No. 46004
Attorneys for Plaintiff
787 Maynard Ave. S.
Seattle, WA 98104
(206) 395-2665
(206) 395-2719 (fax)

PRACECIPE TO ATTACH DOCUMENT - 2
2:20-CV-01529-BJR

ANDERSON|SANTIAGO
787 MAYNARD AVE S
SEATTLE WA 98104
(206) 395-2665/F (206) 395-2719

**Certificate of Service**

      I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael Shannon O'Meara
The O'Meara Law Office, PS
1602 Virginia Avenue
Everett, WA 98201-1704
(425) 263-1732
michael@omearalawoffice.com

                                    /s/ T. Tyler Santiago
                                    T. Tyler Santiago

PRACECIPE TO ATTACH DOCUMENT - 3
2:20-CV-01529-BJR

ANDERSON | SANTIAGO
787 MAYNARD AVE S
SEATTLE WA 98104
(206) 395-2665/F (206) 395-2719