UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

AMANDA SCHICK,

        Plaintiff,

    v.

STUDENT LOAN SOLUTIONS, LLC,

        Defendant.

Civil Action No. 2:20-cv-01529-BJR

**DECLARATION OF WILLIAMS & FUDGE, INC. IN OPPOSITION TO PARTIAL SUMMARY JUDGMENT**

Christopher P. Ruh declares as follows:

1. I am over eighteen years of age, of sound mind, and fully competent to make this declaration.

2. I am an authorized agent for and the Executive Vice President of Williams & Fudge, Inc. ("WFI") and in that role, have full access to and personal knowledge of WFI's business records, including those records Student Loan Solutions, LLC ("SLS") stores on WFI servers and documents SLS acquired from its immediate predecessor in interest, Bank of America, N.A. ("Bank of America"). These records are regularly and contemporaneously created and maintained in the ordinary course of business. This declaration is based on my personal knowledge and my review of those records.

Declaration of Williams & Fudge, Inc.

PAGE 1

THE O'MEARA LAW OFFICE
1602 VIRGINIA AVE
EVERETT, WA 98201
MICHAEL@OMEARALAWOFFICE.COM

3. WFI assists SLS in two capacities. WFI contracts with SLS to maintain any and all SLS records, including borrower loan documents, because of WFI's experience in student loan collections, and because of its sophisticated information technology infrastructure and its ability to safe-guard confidential material. WFI also assists SLS with the collection of accounts that SLS places with WFI.

4. On or about March 10, 2014, Bank of America placed a student loan account of Amanda L Schick ("Plaintiff"), with a balance of $51,373.13 and a loan number ending in -3517, with WFI for collection. Attached hereto as **Exhibit A** is a true and correct copy (with appropriate privacy redactions) of WFI's Account Report for the account. *See* Exhibit A, SLS Document Production Bates 0013 for the placement identified in this paragraph.

5. On or about December 3, 3014, Bank of America placed the same account identified in paragraph 3 with WFI for collection. *See* Exhibit A, SLS Document Production Bates 0014.

6. WFI contacted Plaintiff about the account and Plaintiff agreed to make monthly payments on the account.

7. Plaintiff agreed to pay $50.00 per month beginning on February 4, 2015. *See* Exhibit A, SLS Document Production Bates 0014.

8. WFI regularly communicated with Plaintiff about the Bank of America account, including sending Plaintiff correspondence with respect to payments.

9. Plaintiff made twenty consecutive monthly payments, with the first payment being made on February 4, 2015 and the last payment being made on September 6, 2016. *See* Exhibit A, SLS Document Production Bates 0014-0015.

10. Thereafter, Bank of America recalled the account from WFI and WFI stopped attempting to collect from Plaintiff.

11. In November 2017, SLS placed a student account of Plaintiff with WFI for collection. This was the same account which had been previously placed by Bank of America. The account number was the same and the outstanding balance was the same amount as the outstanding balance on the Bank of America account when Bank of America recalled the account.

12. WFI contacted Plaintiff about the account.

13. WFI records show an inbound call from an individual claiming to be Plaintiff on January 8, 2018. The individual spoke to two WFI representatives, and each interaction was recorded. The recordings were created in the ordinary course of WFI's business and are stored on WFI's server.

14. I have reviewed the call recordings. Attached hereto as **Exhibit B** is a true and accurate copy (with appropriate privacy redactions) of a transcript of the calls. The transcript accurately states the content of the call recordings I reviewed.

15. WFI was ultimately unsuccessful in collecting the account for SLS so, at the request of SLS, WFI conducted an assessment of the account to determine whether it was suitable for placement with counsel to file a lawsuit.

16. WFI reviewed the documentation SLS received from Bank of America and which is stored on WFI' servers, including the Loan Request/Credit Agreement, Note Disclosure Statement, and Payment History. WFI also reviewed its internal notes, including payment history.

17. Prior to placement with counsel, there are no notations anywhere in WFI's account

Declaration of Williams & Fudge, Inc.

PAGE 3

THE O'MEARA LAW OFFICE
1602 VIRGINIA AVE
EVERETT, WA 98201
MICHAEL@OMEARALAWOFFICE.COM

notes which would indicate that Plaintiff disputed the loan, either when it was owed to Bank of America or to SLS, and no notations anywhere in WFI's account notes which would indicate that Plaintiff did not receive the loan from Bank of America. To the contrary, WFI has telephone recordings in which Plaintiff acknowledge the loan. It is WFI's policy to record all borrower disputes in the account notes.

18. Having reviewed all the relevant documentation and information, WFI determined that the account was suitable for placement with counsel to file a lawsuit. The account was then placed with counsel.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES AND THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.

DATED this 2nd day of April, 2021 at Rock Hill, SC.

_____
Christopher P. Ruh

# EXHIBIT A

# Williams&Fudge

**Payment Report For Consumer** - **SCHICK, AMANDA L**

p 803.329.9791 | tf 1.800.849.9791

wfcorp.com

300 Chatham Avenue | PO Box 11590
Rock Hill, SC 29731

SLS Document Production Bates 0012

# Account Report for 9142

Name: SCHICK, AMANDA L

Creditor Reference: 3517

| Consumer Account Number | Transaction Type | Transaction Amount | Transaction Post Date | Creditor Short Name | Financial Bucket | Payment Location |
|---|---|---|---|---|---|---|
| 3679142 | CHARGE | $0.00 | | 8319 | Interest | AGENCY |
| 3679142 | PLACEMENT | ($51373.13) | 3/10/2014 | 8319 | Principal | AGENCY |

# Account Report for 9150

Name: SCHICK, AMANDA L

Creditor Reference: 3517

| Consumer Account Number | Transaction Type | Transaction Amount | Transaction Post Date | Creditor Short Name | Financial Bucket | Payment Location |
|---|---|---|---|---|---|---|
| 3679150 | CHARGE | $0.00 | 12/3/2014 | 6265 | Interest | AGENCY |
| 3679150 | PLACEMENT | ($51373.13) | | | | |
| 3679150 | PAYMENT | $50.00 | 2/4/2015 6265 | Principal | AGENCY |
| 3679150 | PAYMENT | $50.00 | 3/4/2015 6265 | Principal | AGENCY |
| 3679150 | PAYMENT | $50.00 | 4/6/2015 6265 | Principal | AGENCY |
| 3679150 | PAYMENT | $50.00 | 5/4/2015 6265 | Principal | AGENCY |
| 3679150 | PAYMENT | $50.00 | 6/4/2015 6265 | Principal | AGENCY |
| 3679150 | PAYMENT | $50.00 | 7/6/2015 6265 | Principal | AGENCY |
| 3679150 | PAYMENT | $50.00 | 8/4/2015 6265 | Principal | AGENCY |
| 3679150 | PAYMENT | $50.00 | 9/4/2015 6265 | Principal | AGENCY |
| 3679150 | PAYMENT | $50.00 | 10/5/2015 6265 | Principal | AGENCY |
| 3679150 | PAYMENT | $50.00 | 11/4/2015 6265 | Principal | AGENCY |
| 3679150 | PAYMENT | $50.00 | 12/9/2015 6265 | Principal | AGENCY |
| 3679150 | CHARGE | $0.00 | 12/9/2015 6265 | Interest | AGENCY |
| 3679150 | PAYMENT | $50.00 | 1/4/2016 6265 | Principal | AGENCY |
| 3679150 | CHARGE | $0.00 | 1/4/2016 6265 | Interest | AGENCY |
| 3679150 | PAYMENT | $50.00 | 2/4/2016 6265 | Principal | AGENCY |
| 3679150 | CHARGE | $0.00 | 2/4/2016 6265 | Interest | AGENCY |
| 3679150 | PAYMENT | $50.00 | 2/4/2016 6265 | Principal | AGENCY |
| 3679150 | CHARGE | $0.00 | 3/4/2016 6265 | Interest | AGENCY |
| 3679150 | PAYMENT | $50.00 | 3/4/2016 6265 | Principal | AGENCY |
| 3679150 | CHARGE | $0.00 | 4/4/2016 6265 | Interest | AGENCY |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3679150 | PAYMENT | $50.00 | 4/4/2016 | 6265 | Principal | AGENCY |
| 3679150 | CHARGE | $0.00 | 5/4/2016 | 6265 | Interest | AGENCY |
| 3679150 | PAYMENT | $50.00 | 5/4/2016 | 6265 | Principal | AGENCY |
| 3679150 | CHARGE | $0.00 | 6/6/2016 | 6265 | Interest | AGENCY |
| 3679150 | PAYMENT | $50.00 | 6/6/2016 | 6265 | Principal | AGENCY |
| 3679150 | CHARGE | $0.00 | 7/5/2016 | 6265 | Interest | AGENCY |
| 3679150 | PAYMENT | $50.00 | 7/5/2016 | 6265 | Principal | AGENCY |
| 3679150 | CHARGE | $0.00 | 8/4/2016 | 6265 | Interest | AGENCY |
| 3679150 | PAYMENT | $50.00 | 8/4/2016 | 6265 | Principal | AGENCY |
| 3679150 | CHARGE | $0.00 | 9/6/2016 | 6265 | Interest | AGENCY |
| 3679150 | PAYMENT | $50.00 | 9/6/2016 | 6265 | Principal | AGENCY |

**Run on 5/1/2020**

**Name:** SCHICK, AMANDA L

**Creditor Reference:**

**Creditor Short Name:** [████] 3517

| Consumer Account Number | Transaction Type | Transaction Amount | Transaction Post Date | Creditor Short Name | Financial Bucket | Payment Location |
|---|---|---|---|---|---|---|
| 6139423 | CHARGE | $0.00 | | 11191 | Interest | AGENCY |
| 6139423 | PLACEMENT | ($49203.56) | 11/8/2017 | 11191 | Principal | AGENCY |
| 6139423 | PLACEMENT | ($1169.57) | 11/8/2017 | 11191 | Interest | AGENCY |
| 6139423 | PLACEMENT | $0.00 | 11/8/2017 | 11191 | Collection Fee | AGENCY |
| 6139423 | PLACEMENT | $0.00 | 11/8/2017 | 11191 | CourtCost | AGENCY |
| 6139423 | PLACEMENT | $0.00 | 11/8/2017 | 11191 | Late Fee Bucket | AGENCY |
| 6139423 | PLACEMENT | $0.00 | 11/8/2017 | 11191 | Other | AGENCY |

# EXHIBIT B

1                    UNITED STATES DISTRICT COURT

2            WESTERN DISTRICT OF WASHINGTON AT SEATTLE

3

4        AMANDA SCHICK, Consumer

5

6        v.

7

8        STUDENT LOAN SOLUTIONS, LLC

9

10                     CASE #2-20-cv-01529-BJR

11

12                       AUDIO RECORDINGS

13                     DATE OF RECORDINGS:

14                         1/8/2018

15                     PERSONS RECORDED:

16

17   Person 1  AMANDA SCHICK, Consumer ("Ms. Schick")

18   Person 2  REPRESENTATIVES OF WILLIAMS & FUDGE, INC.

19           ("WFI REP")

20

21           (Two Separate Recordings Transcribed)

22

23

24

25

1 (Recording #1)

2      WFI REP:  This is Fabrese (phonetic).  How can I

3  help you?

4      MS. SCHICK:  Hi.  I am calling regarding an email I

5  received about a debt I have.

6      WFI REP:  One moment, please.  Your name, please?

7      MS. SCHICK:  Amanda Schick.

8      WFI REP:  Now, Ms. Schick, I do need to let you

9  know I am on a recorded line.

10      MS. SCHICK:  Okay.

11      WFI REP:  And let me see, uh, can you hold one

12  moment, please?

13      MS. SCHICK:  Yep.

14                                  (End of recording #1)

15 ============================================================

16 (Recording #2)

17      WFI REP:  Thanks for holding.  This is Doug.

18      MS. SCHICK:  Hi, I was calling regarding a debt I

19 wanted to resolve, or attempt to, like, set up payments or

20 something for it.

21      WFI REP:  Yeah, absolutely.  Who am I speaking

22  with?

23      MS. SCHICK:  This is Amanda Schick.

24      WFI REP:  Yeah, Amanda, if you could, just date of

25  birth for me?

1          MS. SCHICK:  Uh, ███/1983.

 2          WFI REP:  Appreciate that.  Just need to let you

 3   know this is communication from a debt collector in attempt

 4   to collect a debt.  Any information obtained will be used for

 5   that purpose, call recorded.  And my name's Doug Kearse, here

 6   at Williams & Fudge, represent Student Loan Solutions.  We

 7   have now acquired your defaulted student loan with Bank of

 8   America.

 9          MS. SCHICK:  Okay.

10          WFI REP:  So we got a balance, placed on November

11   8th, $50,373.13, that is scheduled to report to your credit.

12   So, how did you want to get this handled?

13          MS. SCHICK:  Um, so, I, I'm not sure.  I have it --

14   initially, I was set up on payments.  I was making monthly

15   payments towards it.

16          WFI REP:  Uh-huh.

17          MS. SCHICK:  Um, and I'm not sure.  They had

18   stopped, um, hitting my account --

19          WFI REP:  Uh-huh.

20          MS. SCHICK:  -- and so, I assumed things had been

21   resolved because the payments had stopped going through,

22   which is why I haven't been paying on it.

23          WFI REP:  Right.

24          MS. SCHICK:  Um, so I'm wondering can I get set up

25   on monthly payments again?  Would that be possible?

```
 1          WFI REP:  Yeah, so let me do this, um, first time

 2   that we've actually spoke.  Again, I'm your account rep

 3   moving forward.  Let me just update your file and then we can

 4   dive into some options, uh, that you actually might not be

 5   aware of, um, that you are eligible for.  Um, best --

 6          MS. SCHICK:  Okay.

 7          WFI REP:  -- number to reach you, is that the

 8   number that we're speaking on now?

 9          MS. SCHICK:  Yes, it is.

10          WFI REP:  Okay.  And just going forward, if you're

11   unavailable, can we leave you a voicemail specifically

12   disclosing information about your debt?

13          MS. SCHICK:  Yes, that will be fine.

14          WFI REP:  All right.  And what's a good email

15   address to put on file for you?

16          MS. SCHICK:  Um, the one that I received it at, the

17   ██████████ --

18          WFI REP:  Gotcha.

19          MS. SCHICK:  At gmail.

20          WFI REP:  Perfect.  And then lastly, we've got

21   physical address on file, 2711 West Powell Boulevard?

22          MS. SCHICK:  That is correct.

23          WFI REP:  Gotcha.  And then, we've got an apartment

24   number; it looks like 186?

25          MS. SCHICK:  That is correct.
```

1          WFI REP:  All right, perfect.  I appreciate you

2    doing that.  All right.  So, what were you hoping to make

3    towards this monthly?

4          MS. SCHICK:  Um, so right now, I'm really in a

5    financially --

6          WFI REP:  Uh-huh.

7          MS. SCHICK:  -- tight spot.

8          WFI REP:  Right.

9          MS. SCHICK:  And I was wondering if -- is there any

10   way that I could do, like, a lesser, small amount, like, $25

11   to $50 at this point?  Um, I, it's a small amount towards it,

12   but it's something.

13         WFI REP:  Well, no, and, and I completely

14   understand.  Unfortunately, not without a down payment.  Um,

15   you know, we would need a significant down payment in order

16   to get you approved for that.  Um, but what I was going to

17   ask is, now that we're involved there are some settlement

18   options that you're, you know, eligible for.  Is there

19   anybody in the picture that would be able to co-sign on the

20   loan or possibly get a lump sum and we can knock a, a chunk

21   off and pay it in full?

22         MS. SCHICK:  No, not at this point.

23         WFI REP:  Okay, because yeah, that, that would be

24   the only option I could secure monthly payments for that

25   without at least half the balance down.

1        MS. SCHICK:  Yeah, and there's, you know --

2        WFI REP:  Yeah.

3        MS. SCHICK:  -- would I have that?

4        WFI REP:  Yeah, right.  And it does like we are

5  scheduled to report this this month, um, to your credit going

6  forward.

7        MS. SCHICK:  So, what options do I have, then, if I

8  don't -- I, I can't do monthly payments, I obviously don't

9  have the ability to co-sign a loan.  Like, what --

10        WFI REP:  So, there's nobody that you can --

11        MS. SCHICK:  -- what options --

12        WFI REP:  -- reach out to?

13        MS. SCHICK:  No.

14        WFI REP:  Yeah, because like I said, they're,

15  they're wanting the full balance.  I do have the ability to

16  negotiate a settlement, um, normally starts at around 80

17  percent.  Um, but you know, if there's something that you can

18  come up with, I can take that to them, um, and, you know, see

19  if we can at least save you some money.  But it would need to

20  be paid in full.

21        MS. SCHICK:  No, I --

22        WFI REP:  (Indiscernible)

23        MS. SCHICK:  -- don't, I definitely don't -- yeah,

24  I don't have that ability at all.

25        WFI REP:  Okay.

1            MS. SCHICK:  Like, I have $100 in my bank account

2  right now --

3            WFI REP:  Right.

4            MS. SCHICK:  -- to last me 'til the end of this

5  month.  Like, I'm, I'm in the poor working-class girl.  I

6  have no money.

7            WFI REP:  No, no, and I completely understand.  Um,

8  but like I said, you know, even if you were to put down

9  payment, um, towards this, you know, it, you're looking at

10  four months, or four years and that's, you know, right around

11  $1,000 a month.  And that --

12            MS. SCHICK:  (Indiscernible)

13            WFI REP:  -- would be the lowest without anything

14  down.

15            MS. SCHICK:  And I can't do that.  So, what, what

16  options do I have, then?  Like, I don't --

17            WFI REP:  That, that's it.  Like I said, it's --

18            MS. SCHICK:  So, what does, so what does that mean,

19  then?  You said that you're going to report it to my credit.

20  What does that mean when you forward them?  Like, what, what

21  all year?  What does that look like?  What, what's going to

22  happen?  Because, obviously, I can't pay it, so what does

23  that mean?

24            WFI REP:  Well, no, exactly.  I mean, it's going to

25  remain here, like I said.  We'll update your file, continue

1  to report 'til there's a resolution on this.  Um, but like I

2  said, you know, I can send you a list of lenders, which I

3  would encourage any friends or family that we have we've had

4  some success with.  Um, because basically -- and also what we

5  can do is I can extend the settlement, you know, um, 80

6  percent over three months to (indiscernible) --

7          MS. SCHICK:  But again, that's not even, that's not

8  even a feasible option for me.

9          WFI REP:  Well, and you've got to understand.

10 Yeah, this has been, been outstanding since looks like, what,

11 2014?

12         MS. SCHICK:  Yeah.  And like I said, I was making

13 payments --

14         WFI REP:  Right.

15         MS. SCHICK:  -- and then, those payments stopped

16 which, I had assumed that the, the debt had resolved because

17 those payments had just stopped.

18         WFI REP:  Uh-huh.

19         MS. SCHICK:  And I didn't -- this is the first time

20 that I've seen anything specific regarding that.

21         WFI REP:  Uh-huh.

22         MS. SCHICK:  So, that's why I'm kind of like, I

23 don't -- I understand the debt is outstanding, but at this

24 point, this is the first time I've seen anything specific

25 regarding this.  And so, I'm trying to resolve it, but I

1 don't --

2          WFI REP:  Yes.

3          MS. SCHICK:  -- but you're telling me there are no

4 options for me.

5          WFI REP:  Yeah, there, there are.

6          MS. SCHICK:  So --

7          WFI REP:  Like I said, it's just, you know, we, we

8 can't do $50 a month on a balance this size that's been

9 outstanding for, for quite sometime now.  So, I am willing to

10 negotiate the settlement over three months, okay?  I can send

11 you a list of lenders again that more than likely would be

12 credit, they just need the co-signer.  Uh, but just stating

13 that you can only do 50, that, that's just not acceptable to

14 the client.  So --

15          MS. SCHICK:  Would (sighs) -- what would be an

16 amount that would be acceptable?  Obviously, like you said, a

17 thousand dollars, I can't do that.  But what would be

18 something you -- is there something between that that might

19 be more feasible for me that would be an option that we could

20 work out?

21          WFI REP:   Well, I mean -- and, absolutely.  I

22 mean, I can negotiate that with you.  But you're stating

23 that, you know, you can only do 50.  I don't want to set

24 something up monthly that's going to come back either

25 returned or declined.  And that's not doing my client or

1  yourself any good as well.

2          MS. SCHICK:  No.

3          WFI REP:  You know, so like I said, you know, even

4  if you could come up with half the balance and we could

5  stretch that over three years, I can try to get that -- or

6  three months, I'm sorry, I can try to get that approved.  And

7  that was going to save you over $25,000 if they approve it.

8  You know, we've got that flexibility to talk about a lump

9  sum, which is, you know, preferred at this point.  I'm just

10  confused on why you're saying you don't have anybody that

11  possibly I could reach out to discuss with that would --

12          MS. SCHICK:  Uh-huh.

13          WFI REP:  -- be willing to co-sign.

14          MS. SCHICK:  Yeah, I -- I'm independent --

15          WFI REP:  And you don't.

16          MS. SCHICK:  -- on my own.  I don't have, I don't

17  have family who, who's able to help support me, I don't.

18          WFI REP:  And nothing you can borrow against  --

19          MS. SCHICK:  I (indiscernible) --

20          WFI REP:  -- as far as a home equity loan or

21  anything --

22          MS. SCHICK:  No, I don't.

23          WFI REP:  -- like that?

24          MS. SCHICK:  No.

25          WFI REP:  Yeah.  You know, because I, I would

1 definitely encourage that route.  Because now that we do have

2 that flexibility that you didn't have prior, um, when it was

3 with Bank of America.  Because if approved, like I said,

4 that's going to save you a huge chunk, um, you know.  It's a

5 long run up this, instead of setting up for $50 or $100 for,

6 for years on down the road.

7         MS. SCHICK:  And you, and, and you're

8 (indiscernible) --

9         WFI REP:  Right.

10         MS. SCHICK:  -- but that's not.  It's -- I don't

11 have that option --

12         WFI REP:  Uh-huh.

13         MS. SCHICK:  -- available to me.  Like, I can try

14 to seek a loan out on my own to try to consolidate it, but I

15 don't know if that's --

16         WFI REP:  And I --

17         MS. SCHICK:  -- available to me.

18         WFI REP:  And I would, I mean --

19         MS. SCHICK:  I don't have anybody.

20         WFI REP:  I would say start there, um, because then

21 that's going to show effort on your end.  Um, then, what I

22 can do is negotiate, you know, something, uh, more suitable

23 to you.  Those monthly payments, if you how that you have

24 extended those efforts to get this resolved in a lump sum,

25 I'd be more than willing to do that.  And I can send you an

1 email with a list of lenders that we've had success with our

2 students.  Um, you know, you might not need a co-signer.  You

3 might get approved yourself.  I mean, best case scenario, we

4 can get you approved for a, for a settlement over three

5 months and get this thing out of here.  Um, so --

6          MS. SCHICK:  But even with a settlement over three

7 months for that amount, like, that's just not, that's not

8 feasible, financially, for me either.  So, like, I hear

9 you're saying --

10          WFI REP:  That's why I'm saying --

11          MS. SCHICK:  -- that there's options --

12          WFI REP:  -- that's what --

13          MS. SCHICK:  -- that are feasibly financial, so --

14          WFI REP:  But you haven't, you haven't tried to

15 borrow.  That's what I'm, I'm asking.  If you can show

16 efforts where you were denied, um, you know, best case

17 scenario, you're approved.  And then, we can at least use

18 that as a down payment and lower your monthly payments until

19 your financial situation changes.  But we've got to show some

20 sort of effort, as far as getting this thing paid.  At that

21 point, then we can renegotiate smaller, monthly payments, you

22 know, if you can show it in a letter.  But I've got to show

23 some sort of effort on your end, you know, to fully set up

24 monthly payments without a down payment.

25          MS. SCHICK:  Okay.

1  WFI REP:  So that, that's why I'm encouraged as to

2  borrow, um, whether three, through a credit union.  I'm not

3  sure who you have a relationship with, as far as a bank.  Is

4  it a credit union or?

5  MS. SCHICK:  No.  It's one of the, the major

6  banking institutions.

7  WFI REP:  Yes.  And I would encourage you go that

8  route too.  Um, they're a lot more lenient and, um, you know,

9  and had more success with students going that route.  Um, you

10  know, you might not need a co-signer to them.  And then,

11  obviously, we can put something towards this and then, get

12  you a monthly payment until you're able to just go ahead and

13  pay it off.

14  MS. SCHICK:  Okay.  And so, I guess my next

15  question is, so if that doesn't work if I'm not able --

16  WFI REP:  Uh-huh.

17  MS. SCHICK:  -- to get a loan --

18  WFI REP:  Right.

19  MS. SCHICK:  -- then, what is the next step?

20  WFI REP:  Yeah, absolutely.  Then, what I will need

21  is just a copy of that denial letter so we can put that on

22  file, um, okay?  And then, we can renego-, renegotiate

23  monthly payments, because at least you've shown that you

24  tried to, to get a lump sum.  And then, we can set you up on

25  something that, you know, is suitable to my client as well

1  as, you know, something that's in your budget until your

2  financial situation changes.  And then, I can set you up on

3  payments.

4          MS. SCHICK:  Okay.  Oh, yes, if you could send me

5  that list, that would be --

6          WFI REP:  Yeah, absolutely.

7          MS. SCHICK:  -- absolutely great.

8          WFI REP:  And, and a name --

9          MS. SCHICK:  Um, what is --

10         WFI REP:  Go ahead.

11         MS. SCHICK:  I'm sorry, go ahead.

12         WFI REP:  Yeah, and I know you're frustrated.  I

13 want to work with you, but like I said, you know, this, this

14 option of, of possibly, you know, 80 percent or below or

15 coming up with something that, you know, that they, you know,

16 might approve that you didn't have prior with Bank of

17 America.  I would definitely, especially if you have the

18 chance to save, you know, close to half the balance, um, you

19 know, in the long run, I would extend that effort,

20 absolutely.

21         MS. SCHICK:  Okay.

22         WFI REP:  Um, but yeah, I will send that email to

23 you now.  I'll update your file, okay?  Um, again, my, I'm

24 your account rep and that email will have my direct contact

25 information, okay?

1          MS. SCHICK:  Okay.

2          WFI REP:  Yep, did you have --

3          MS. SCHICK:  Um, what is the timeline that I'm

4    looking at for this?  Because I, I guess I need to know,

5    like, how much flexibility do I have in making these

6    decisions in looking into the loan, stuff like that?

7          WFI REP:  Yeah, and there's not one because, you

8    know, obviously, they're wanting the balance today.  Um, but

9    I can put a temporary hold as long as you stay in good

10   communication with me.  Just you, you know, keep me updated

11   with the progress.  You can do that even via email.  Um, and

12   I can keep a temporary hold on this and let our client know

13   that you are, you know, making those efforts to get a loan.

14   And then, at that point, we can set those monthly payments

15   up.

16         MS. SCHICK:  Okay.

17         WFI REP:  Okay?

18         MS. SCHICK:  Okay.

19         WFI REP:  All right, yep.  So I will send that to

20   you once we get off the phone.

21         MS. SCHICK:  Okay, great.

22         WFI REP:  All right, sure.

23         MS. SCHICK:  Thank you so much for your help.

24         WFI REP:  Thanks, Amanda.

25         MS. SCHICK:  Bye.

1

2                                  (End of recording #2)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

1               CERTIFICATION

2          I, Rhonda Twiner Lyle, do hereby certify

3     that I typed the transcript "Amanda Schick v. Student

4     Loan Solutions, LLC, Case #2-20-cv-01529-BJR" taken

5     on January 8, 2018 by two, separate audio recordings,

6     and that to the best of my ability, this is an

7     accurate transcription of what was recorded at that

8     time and place.  I further certify that I am not

9     connected by blood, marriage, or employment with any

10    of the parties herein nor interested directly or

11    indirectly in the matter transcribed.

12

13

14    _____

15        RHONDA TWINER LYLE

16        March 19, 2021

17

18

19

20

21

22

23





