The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMANDA SCHICK,<br><br>Plaintiff,<br><br>vs.<br><br>STUDENT LOAN SOLUTIONS, LLC,<br><br>Defendant. | NO. 2:20-cv-01529-BJR<br><br>**OBJECTION TO "SURREPLY" (Dkt. #26)** |

On today's date, Defendant filed a document entitled "Surreply." Dkt. #26. Pursuant to LCR 7(g), the only permissible purpose of a surreply is to request the striking of evidence contained within a reply.

Here, no additional evidence was presented in reply, and Defendant SLS uses its "surreply" as another bite at the apple, namely, to expand on arguments in favor of its case.

Moreover, the "surreply" offers argument in favor of SLS' over-length response brief (dkt. #22). This, too, is improper, as a party may request approval for an over-length brief "no later than three days *before* the underlying motion or brief is due." LCR 7(f)(1) (emphasis added).

OBJECTION TO SURREPLY - 1
2:20-CV-01529-BJR

**ANDERSON | SANTIAGO**
787 MAYNARD AVE S
SEATTLE WA 98104
(206) 395-2665/F (206) 395-2719

1  Defendant SLS did not file any such request in advance, and yet asserts an entitlement to an over-length brief regardless.

To be clear, this is not a form-over-function objection; Plaintiff and her counsel have taken care to respect this Court's rules, and may have made different strategic choices if she were unconstrained by compliance with court rules. Defendant SLS is represented by counsel and was capable of filing a motion for over-length brief, or asking permission from opposing counsel, but it chose to do neither. Finally, SLS does not assert that its over-length brief was an oversight or mistake, which – arguably – would present a different issue.

Plaintiff is mindful that this objection may nevertheless appear to be of little consequence and apologizes to the Court for the additional filing.

Plaintiff respectfully objects to the portions of Defendant SLS' submissions which are contrary to Local Civil Rule 7.

Dated this 21st day of April, 2021.

**ANDERSON SANTIAGO, PLLC**
By: /s/ Jason D. Anderson
Jason D. Anderson, WSBA No. 38014
T. Tyler Santiago, WSBA No. 46004
Attorneys for Plaintiff
787 Maynard Ave. S.
Seattle, WA 98104
(206) 395-2665
(206) 395-2719 (fax)

OBJECTION TO SURREPLY - 2
2:20-CV-01529-BJR

**ANDERSON | SANTIAGO**
787 MAYNARD AVE S
SEATTLE WA 98104
(206) 395-2665/F (206) 395-2719