UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMANDA SCHICK,<br><br>          Plaintiff,<br><br>   vs.<br><br>STUDENT LOAN SOLUTIONS, LLC,<br><br>          Defendant. | NO. 2:20-cv-01529-BJR<br><br>STIPULATION STAYING THE CASE PENDING RESOLUTION OF STATE COURT PROCEEDINGS RE SHOW CAUSE ORDER |

## I.   STIPULATION

In response to the Court's Order to Show Cause (Dkt No. 29) the parties have agreed to a stay of all actions in this case pending resolution of the Pierce County District Court case filed by Student Loan Solutions against Amanda Schick on August 10, 2020, case# 714485.

The Parties therefore propose the following stipulation to the Court, and request that the Court adopt the following stipulation of the Parties.

1.      The Parties stipulate that all discovery, remaining case deadlines and the trial in this case be stayed until resolution of *Student Loan Solutions v. Amanda Schick*, Case# 714485 in Pierce County District Court for the State of Washington ("State Collection Action").

2.      The Parties stipulate that, within five days of resolution of the State Collection

STIPULATION AND ORDER STAYING THE CASE PENDING
RESOLUTION OF STATE COURT PROCEEDINGS - 1
2:20-cv-01529-BJR

**HENRY & DEGRAAFF, PS**
119 1ST AVE S, STE 500
SEATTLE WA 98104
(206) 330-0595/F (206) 400-7609

Action, the parties should file a joint notification with the court and a request for a renewed case schedule and trial deadlines to resume litigation in this matter.

Submitted jointly this 10th day of August, 2021.

**HENRY & DEGRAAFF, PS**

By: */s/ Christina L Henry*
Christina L Henry, WSBA No. 31273
Attorneys for Plaintiff
119 1st Ave, Ste 500
Seattle, WA 98104
(206) 330-0595 / (206) 400-7609 (fax)

**ANDERSON SANTIAGO, PLLC**

By*: /s/ Jason D. Anderson*
Jason D. Anderson, WSBA No. 38014
T. Tyler Santiago, WSBA No. 46004
Attorneys for Plaintiff
787 Maynard Ave. S.
Seattle, WA 98104
(206) 395-2665 / (206) 395-2719 (fax)

**THE O'MEARA LAW OFFICE, PS**

By: */s/ Michael Shannon O'Meara*
Michael Shannon O'Meara, WSBA# 41502
The O'Meara Law Office, PS
1602 Virginia Avenue
Everett, WA 98201-1704
Tel# 425-263-1732
michael@omearalawoffice.com

**THE ECHOLS FIRM, LLC**

By*: /s/ Chad Echols*
Chad Echols (Admitted Pro Hac Vice)
PO Box 12645
Rock Hill, SC 29731
Tel# 803-329-8970
chad.echols@theecholsfirm.com

STIPULATION AND ORDER STAYING THE CASE PENDING
RESOLUTION OF STATE COURT PROCEEDINGS - 2
2:20-cv-01529-BJR

**HENRY & DEGRAAFF, PS**
119 1ST AVE S, STE 500
SEATTLE WA 98104
(206) 330-0595/F (206) 400-7609

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

**ANDERSON | SANTIAGO**
787 MAYNARD AVE S
SEATTLE WA 98104
(206) 395-2665/F (206) 395-2719