UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMANDA SCHICK,<br><br>                 Plaintiff,<br><br>  v.<br><br>STUDENT LOAN SOLUTIONS, LLC,<br><br>                 Defendant. | No. 2:20-CV-1529-BJR<br><br>ORDER STAYING CASE |

In response to an order to show cause issued by the Court, the parties have stipulated that this action should be stayed pending the resolution of a state-court case between the parties. Dkt. No. 30. Finding good cause for the stay, the Court hereby ORDERS as follows:

1. This action is STAYED until the resolution of *Student Loan Solutions v. Amanda Schick*, Case No. 714485 in Pierce County District Court for the State of Washington ("State Collection Action").

2. Within five days of resolution of the State Collection Action, the parties shall file a joint notification with the Court and a request for a renewed case schedule and trial date.

Dated: September 9, 2021

                                             _____
                                             Barbara Jacobs Rothstein
                                             U.S. District Court Judge

ORDER - 1