The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMANDA SCHICK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STUDENT LOAN SOLUTIONS, LLC, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) <br> ) | NO. 2:20-CV-1529-BJR <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

## STIPULATION

The parties, by and through undersigned counsel, hereby stipulate that this action and all claims herein shall be dismissed with prejudice and without an award of fees or costs to any party.

DATED September 28, 2021.

---

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE (2:20-CV-1529-BJR) — 1

Anderson | Santiago
787 Maynard Avenue South
Seattle, WA 98104
(206) 395-2665

| | |
|---|---|
| **THE O'MEARA LAW OFFICE**<br>Attorney for Defendant | **ANDERSON SANTIAGO, PLLC**<br>Attorneys for Plaintiff |
| By /s/ *Michael O'Meara*<br>Michael O'Meara, WSBA #41502 | By /s/ *T. Tyler Santiago*<br>T. Tyler Santiago, WSBA #46004 |

**THE ECHOLS FIRM, LLC**

By: /s/ Chad Echols
Chad Echols (Admitted Pro Hac Vice)

# ORDER

This matter having come on for consideration on the foregoing Stipulation of the parties, the Court orders as follows:

ORDERED, ADJUDGED and DECREED that all claims herein are dismissed with prejudice and without an award of fees or costs to any party.

IT IS SO ORDERED.

DATED this _____ day of _____, 2021.

_____
Barbara J. Rothstein
United States District Court Judge

Jointly presented by:

ANDERSON SANTIAGO, PLLC
Attorneys for Plaintiff

By /s/ *T. Tyler Santiago*
Jason D. Anderson, WSBA #46004
787 Maynard Ave. S.
Seattle, Washington 98104
Telephone: (206) 395-2665

1  THE O'MEARA LAW OFFICE, PS

2  By: /s/ Michael Shannon O'Meara
   Michael Shannon O'Meara, WSBA# 41502
3  1602 Virginia Avenue
   Everett, WA 98201-1704
4  Tel# 425-263-1732

5  THE ECHOLS FIRM, LLC

6  By: /s/ Chad Echols
   Chad Echols (Admitted Pro Hac Vice)
7  PO Box 12645
   Rock Hill, SC 29731
8  Tel# 803-329-8970

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE (2:20-CV-1529-BJR) — 3

Anderson | Santiago
787 MAYNARD AVENUE SOUTH
SEATTLE, WA 98104
(206) 395-2665