The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMANDA SCHICK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STUDENT LOAN SOLUTIONS, LLC, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) <br> ) | NO. 2:20-CV-1529-BJR <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

**STIPULATION**

The parties, by and through undersigned counsel, hereby stipulate that this action and all claims herein shall be dismissed with prejudice and without an award of fees or costs to any party.

DATED September 28, 2021.

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE (2:20-CV-1529-BJR) — 1

Anderson | Santiago
787 MAYNARD AVENUE SOUTH
SEATTLE, WA 98104
(206) 395-2665

| | |
|---|---|
| **THE O'MEARA LAW OFFICE**<br>Attorney for Defendant | **ANDERSON SANTIAGO, PLLC**<br>Attorneys for Plaintiff |
| By /s/ *Michael O'Meara*<br>Michael O'Meara, WSBA #41502 | By /s/ *T. Tyler Santiago*<br>T. Tyler Santiago, WSBA #46004 |

**THE ECHOLS FIRM, LLC**

By: /s/ Chad Echols
Chad Echols (Admitted Pro Hac Vice)

# ORDER

This matter having come on for consideration on the foregoing Stipulation of the parties, the Court orders as follows:

ORDERED, ADJUDGED and DECREED that all claims herein are dismissed with prejudice and without an award of fees or costs to any party.

IT IS SO ORDERED.

DATED this 28th day of September, 2021.

*[signature: Barbara J. Rothstein]*

Barbara J. Rothstein
United States District Court Judge

Jointly presented by:

ANDERSON SANTIAGO, PLLC
Attorneys for Plaintiff

By /s/ *T. Tyler Santiago*
Jason D. Anderson, WSBA #46004
787 Maynard Ave. S.
Seattle, Washington 98104
Telephone: (206) 395-2665

THE O'MEARA LAW OFFICE, PS

By: /s/ Michael Shannon O'Meara
Michael Shannon O'Meara, WSBA# 41502
1602 Virginia Avenue
Everett, WA 98201-1704
Tel# 425-263-1732

THE ECHOLS FIRM, LLC

By: /s/ Chad Echols
Chad Echols (Admitted Pro Hac Vice)
PO Box 12645
Rock Hill, SC 29731
Tel# 803-329-8970